UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Yi Lin Zheng,<br><br>　　　　Plaintiff<br><br>v.<br><br>The Standard Fire Insurance Company,<br><br>　　　　Defendant | Case No. 2:24-cv-02172-CDS-EJY<br><br>**Order Striking Plaintiff's Complaint**<br><br>[ECF No. 11] |

    This insurance dispute was removed from the Eighth Judicial District Court to this court by defendant Standard Fire Insurance Company. Compl., ECF No. 1-2. On December 23, 2024, the action was dismissed under Local Rule 7-2(d) for Zheng's failure to respond to Standard Fire's motion to dismiss and judgment entered the same day. ECF Nos. 9, 10. Now, on March 21, 2025, almost three months later and without leave of court, Zheng filed a new complaint in this case. ECF No. 11. Zheng is advised that this action has been dismissed without prejudice for failure to file a response to Standard Fire's motion to dismiss. As this case is closed, the complaint **[ECF No. 11]** is procedurally improper and is therefore **STRICKEN**.

    Dated: March 25, 2025

                                                _____
                                                Cristina D. Silva
                                                United States District Judge